DAN SIEGEL, SBN 56400
SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 754-3021
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com
sonyamehta@siegelyee.com

Attorneys for Plaintiff
DELISLE WARDEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELISLE WARDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No.: 3:21-cv-04121-JD<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Case Filed: February 26, 2021<br>Trial Date: October 17, 2022<br>Judge: Hon. James Donato |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties to this action, acting through counsel, and in consideration of a negotiated settlement executed by them, stipulate to the Dismissal with Prejudice of this action, with each party to bear its own fees and costs.

Dated: February 4, 2022                SIEGEL, YEE, BRUNNER & MEHTA


By: ___/s/ Sonya Z. Mehta_____
     Sonya Z. Mehta

Attorneys for Plaintiff
DELISLE WARDEN

---

*Warden v. Peralta Community College District*, No. 3:21-cv-04121-JD
Stipulation and [Proposed] Order to Dismiss Case with Prejudice – 1

| | | |
|---|---|---|
| 1 | Dated:  February 4, 2022 | ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP |
| 2 | | |
| 3 | | By: _/s/ Lori A. Sebransky_ |
| 4 | | Lori A. Sebransky |
| 5 | | Attorneys for Defendant PERALTA COMMUNITY COLLEGE DISTRICT |

## SIGNATURE ATTESTATION

The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 4, 2022        SIEGEL, YEE, BRUNNER & MEHTA

By: _/s/ Sonya Z. Mehta_
Sonya Z. Mehta

Attorneys for Plaintiff
DELISLE WARDEN

## ~~[PROPOSED]~~ ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 14, 2022

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

*Warden v. Peralta Community College District*, No. 3:21-cv-04121-JD
Stipulation and ~~[Proposed]~~ Order to Dismiss Case with Prejudice – 2